# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**GEORGE MILLER, JR.**                                                         **PETITIONER**

**VS.**                                                          **CASE NO.: 1:03cr63BrG-001**

**UNITED STATES OF AMERICA**                                              **RESPONDENT**

## ORDER ON PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court is the Petition of George Miller, Jr., through his attorney, Honorable George T. Dickerson for Early Termination of Supervised Release.  Having carefully considered all issues the Court is of the opinion that the relief should be and is hereby DENIED.

SO ORDERED  this the  13th  day of    August   , 2007.


      s/ David Bramlette
**U.S. DISTRICT JUDGE**